UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE NEGRON, | * |
| Petitioner, | * |
| v. | * Civil Action No. 1:14-cv-12227-IT |
| BRUCE GELB, | * |
| Respondent. | * |

ORDER

September 26, 2014

TALWANI, D.J.

Pending before the court is Petitioner's <u>Special Motion for Assistance and Guidance by Qualified Deputy Clerk of Courts</u> [#36]. The court recognizes that Petitioner's access to legal resources may be limited and endeavors to take such constraints into consideration in connection with briefing schedules and similar matters. The court denies the additional relief sought by Petitioner.

Petitioner has also requested clarification as to docket entry 32, a scheduling order that was filed in error and has been removed from the docket. This entry may be disregarded.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge